**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FILED

2006 JUL 13 A 10: 57

UNITED STATES OF AMERICA

v.  Case No. 3:02-cr-199-J-20TEM

KIMBERLY MICHELE PRIDGEN

_____/

## SUPERVISED RELEASE REVOCATION
### and
## JUDGMENT AND COMMITMENT

On July 12, 2006, John J. Sciortino, Assistant United States Attorney, and the Defendant, KIMBERLY MICHELE PRIDGEN, appeared in person and with her counsel, Charlie L. Adams, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 29, filed May 2, 2006).

The Defendant, having heretofore been convicted on February 26, 2003, in Case No. 3:02-cr-199-J-20TEM, of offense charged, to wit: Credit card fraud, in violation of 18 U.S.C., Sections 1029(a)(2) and 1029(c)(1), as charged in Count One of the Indictment; and was sentenced to be imprisoned for a term of five (5) months; and was placed on supervised release for a term of three (3) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 29, filed May 2, 2006) is **GRANTED,** and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **six (6) months**.

3. Upon release from imprisonment, the Defendant shall be on supervised release for a term of **30 months**, under the standard conditions of supervision, and the following additional conditions:

a. The Defendant shall pay the remainder of the $45,325.14 restitution at a rate of no less than $100.00 per month.

b. The Defendant shall perform 150 hours community service at a rate of no less than fifteen (15) hours per month.

c. The Defendant shall provide the probation officer access to any requested financial information.

d. The Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating herself for any major purchases without the approval of the probation officer.

e. The Defendant is prohibited from seeking and/or obtaining employment in any position of trust. She shall not handle any cash, credit card account numbers, checks, or anything that would give her access to the finances of others.

f. The Defendant shall disclose her supervision status and offense to any and all employers.

4. The Defendant shall report to the designated institution no later than 2:00 p.m. on Monday, August 14, 2006.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of July, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
United States District Judge
On behalf of:
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
John J. Sciortino, Esq.
Charlie L. Adams, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office

Kimberly Michele Pridgen
1615 Main St.
P.O. Box 1029
Live Oak, FL 32064