# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA  FILED

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| v. | CASE NUMBER: 3:02-cr-199-J-20TEM |
| | USM NUMBER: 29965-018 |
| KIMBERLY MICHELE PRIDGEN | |
| | Defendant's Attorney: Charlie L. Adams |

## THE DEFENDANT:

__X__ admitted guilt to violation of charge number(s) __1 - 5__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Submit Written Monthly Reports | February 5, 2009 |
| 2 | Failure to Notify Ten Days Prior ro Any Change of Residence | February 23, 2009 |
| 3 | Failure to Notify Ten Days Prior to Any Change in Employment | February 15, 2009 |
| 4 | Failure to Make Restitution | May 14, 2009 |
| 5 | New Criminal Conduct - Worthless Check | May 5, 2009 |

The defendant is sentenced as provided in pages 2 ~~through~~ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 29, 2009

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: July 29, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months.

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons: treatment for depression

\_\_\_\_ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m.  p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

**X** The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    **X** before 2 p.m. on __August 31, 2009__.

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL